

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2025

No. 04-25-00085-CV

**IN RE** Timothy Chad **GOLD,** Relator

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

On February 7, 2025, relator filed a petition for writ of mandamus asserting respondent's January 21, 2025 temporary orders for modification of the parent-child relationship were void because he had filed a motion to recuse on January 17, 2025.

After considering the mandamus petition and record, we conclude respondent erred when signing the January 21, 2025 temporary orders, rendering the orders void. We conditionally grant the writ of mandamus and direct the judge assigned to preside in Cause No. 2024-10-35752-CV, *In the Interest of G.G., a child*, to vacate the January 21, 2025 temporary orders. The writ will issue only in the event the assigned judge fails to comply within fifteen days from the date of this order.

It is so **ORDERED** on May 7, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

[1] This proceeding arises out of Cause No. 2024-10-35752-CV, styled *In the Interest of G.G., a child*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Kelley Kimble presiding.